UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRADEX CORPORATION
    Appellant

                                              CIVIL ACTION
                                              NO. 05-10867-DPW

RICHARD T. KING
    Appellee

## ORDER DENYING MOTION TO STAY
## AND PROCEDURAL ORDER SETTING
## EXPEDITED BRIEFING SCHEDULE

WOODLOCK, D.J.

    The Notice of Appeal having been filed and assigned **Civil Action No. 05-10867-DPW** at the Clerk's Office, Boston, MA on April 28, 2005,

    IT IS HEREBY ORDERED that the motion to stay is denied.

    IT IS FURTHER ORDERED that the Appellant(s) and any interested party who supports the position of the Appellant, file and serve a brief by **MAY 13, 2005,** and the Appellee and any interested party who opposes the position of the Appellant, file and serve a brief by **MAY 27, 2005.** The record shall be filed by no later than **MAY 13, 2005.** Hearing on Bankruptcy Appeal set for **MAY 31, 2005 AT 2:30 P.M.** in Courtroom 1 on the third floor.

    Failure of the Appellant to file a brief on the date set forth above will result in the entry of an ORDER dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by

the Court without further opportunity for the Appellee to present his arguments.

                                            BY THE COURT,

                                            /s/ Michelle Rynne
                                            Deputy Clerk

DATE: May 2, 2005