UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 05-10867-DPW

Chapter 11 No. 05-40748-JBR

---

TRADEX CORPORATION,
Apellant

v.

PHOEBE MORSE, UNITED STATES TRUSTEE,
Apellee

---

APPELLANT'S OPPOSITION TO THE APPELLEE'S
MOTION TO STRIKE BRIEF AND DISMISS
APPEAL OF CHARLES GITTO FOR
FAILURE TO FILE NOTICE OF APPEAL

Tradex Corporation opposes the Motion of the United States Trustee ("UST") to Strike the Brief of Charles Gitto and Dismiss the Appeal (the "Motion"). In support thereof, Tradex submits the following:

**BACKGROUND**

On February 16, 2005, Tradex Corporation (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code. Charles Gitto, Jr. ("Mr. Gitto") signed the petition as president and sole shareholder of the Debtor. On April 1, 2005, the UST[1] filed a motion with the bankruptcy court to appoint a Chapter 11 trustee and remove the Debtor as debtor-in-possession. On April 7, 2005, a hearing on

---

[1] The motion to appoint a Chapter 11 trustee was filed in the name of the Assistant United States Trustee, Richard King, which is why the Appellant's Notice of Appeal designated Richard King as the Respondent. However, at the request of the United States trustee's counsel Lisa Tingue, Phoebe Morse, the United States Trustee and actual party in interest, was substituted as the Respondent.

the matter was held following which the bankruptcy court granted the UST's motion to appoint a Chapter 11 Trustee.  On April 22, the Debtor filed with the bankruptcy court a Notice of Appeal along with a Statement of Election requesting that the appeal be heard by the United States District Court.  On May 13, the Debtor filed a brief with this Court captioned "Charles Gitto, Jr., President & Sole Shareholder Of Tradex Corporation" as Appellant.  On May 17, the UST filed a motion seeking to strike the brief and dismiss the appeal based on that caption.

## ARGUMENT

It is undisputed that Tradex Corporation properly filed notice of appeal in the bankruptcy court.  Although the brief was captioned in the name of Charles Gitto, it was filed on behalf of the Debtor, Tradex Corporation.  The appointment of a Chapter 11 trustee in the underlying bankruptcy case, which is the substance of the herein appeal, substituted the Chapter 11 trustee as the party in interest representing Tradex as debtor-in-possession of the bankruptcy case.  However, in her role as Chapter 11 trustee, Ms. Carpenter has indicated that her standing as the real party in interest for Tradex Corporation does not extend beyond Tradex as the debtor-in-possession in the bankruptcy case.  Though filed on behalf of Tradex Corporation by its president Mr. Gitto, and captioned thusly out of deference to Ms. Carpenter's role as Chapter 11 trustee, the appellant brief asserts the rights of Tradex Corporation.

The UST's Motion elevates form over substance.  Even a cursory review of the brief's substantial arguments reveals that the rights asserted therein are those of Tradex Corporation.  It is without doubt that Tradex Corporation retains standing and has every right as Debtor to prosecute the current appeal.  Moreover, by filing its April 22, 2005

2

notice of appeal to the bankruptcy court, Tradex Corporation properly preserved its rights to appeal the decision of the bankruptcy court appointing a Chapter 11 trustee.

Simultaneously with this Objection, the Debtor will file with the Court its motion to caption the appellant brief in the name of "Tradex Corporation" as appellant.

## **CONCLUSION**

For the reasons set forth above, Tradex Corporation requests that the Court deny the Motion of the UST.

WHEREFORE, the Debtor, Tradex Corporation, respectfully requests that this Court:

i.   deny the United States Trustee's Motion; and

ii.  grant Tradex Corporation's request to caption the appellant brief in the name of Tradex Corporation, Appellant.

>
> Respectfully Submitted,
>
> Tradex Corporation
> Through Counsel,

Dated: May 19, 2005

/s/ Juliane Balliro
Juliane Balliro (BBO# 028010)
Paul A. Leoni (BBO# 657490)
Perkins, Smith & Cohen LLP
1 Beacon Street, 30th Floor
Boston, Massachusetts 02108
Ph: (617) 854-4000
Fx: (617) 854-4040

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 05-10867-DPW

Chapter 11 No. 05-40748-JBR

---

**TRADEX CORPORATION,**
Apellant

v.

**PHOEBE MORSE, UNITED STATES TRUSTEE,**
Apellee

---

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused the Debtor's Opposition to the UST's Motion to Strike Brief and Dismiss Appeal to be served on May 20, 2005, by first class mail, postage pre-paid, upon the following:

Lisa D. Tingue
Office of the United States Trustee
446 Main Street, 14th Fl.
Worcester, MA  01608
(counsel to the UST)

Ellen Carpenter
Roach & Carpenter, P.C.
24 School Street
Boston, MA  02108
(Chapter 11 trustee)

/s/ Paul A. Leoni, Esq.
Counsel to Tradex Corp.