UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
TRADEX CORPORATION,            )
    APPELLANT,                 )       CIVIL ACTION NO.
                               )       05-10867-DPW
        v.                     )
                               )
PHOEBE MORSE, UNITED STATES    )
TRUSTEE,                       )
    APPELLEE.                  )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with the Court's Memorandum and Order issued on March 31, 2006 affirming the decision of the bankruptcy court to appoint a Chapter 11 trustee for TRADEX, the above captioned matter is hereby ORDERED DISMISSED.

                                      BY THE COURT,

                                      /s/ Michelle Rynne
                                      Deputy Clerk

DATED: March 31, 2006